UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

> **FILED**
> **Nov 30, 2015**
> CLERK, U.S. DISTRICT COURT
> EASTERN DISTRICT OF CALIFORNIA

IN RE: FLUOROQUINOLONE PRODUCTS
LIABILITY LITIGATION

MDL No. 2642

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO –19)

On August 17, 2015, the Panel transferred 19 civil action(s) to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2015). Since that time, 208 additional action(s) have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable John R. Tunheim.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Tunheim.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of August 17, 2015, and, with the consent of that court, assigned to the Honorable John R. Tunheim.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

> Inasmuch as no objection is
> pending at this time, the
> stay is lifted.
>
> **Nov 30, 2015**
>
> CLERK'S OFFICE
> UNITED STATES
> JUDICIAL PANEL ON
> MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A true copy in ___3___ sheet(s)
of the record in my custody,
CERTIFIED / 11/30 , 20 15
Richard D. Sletten, Clerk
BY:
Deputy Clerk

IN RE: FLUOROQUINOLONE PRODUCTS
LIABILITY LITIGATION                                    MDL No. 2642

SCHEDULE CTO-19 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|

ALABAMA NORTHERN

ALN    2    15-01885    King v. Johnson & Johnson et al
15cv4235 JRT

ALABAMA SOUTHERN

ALS    1    15-00515    Mohler v. Johnson & Johnson et al  15cv4236 JRT
ALS    1    15-00548    Diaz v. Johnson & Johnson et al  15cv4238 JRT

CALIFORNIA CENTRAL

CAC    8    15-01519    Leslie Palasty v. Johnson and Johnson et al  15cv4239 JRT

CALIFORNIA EASTERN

CAE    1    15-01244    Tucker v. Johnson & Johnson, et al.  15 cv4240 JRT
CAE    1    15-01657    Bradshaw v. Johnson & Johnson, et al  15cv4241 JRT
CAE    2    15-01694    Knapp v. Johnson & Johnson et al  15cv4243 JRT

CALIFORNIA NORTHERN

CAN    3    15-04282    Buries v. Johnson & Johnson et al. Opposed 11/23/15
CAN    3    15-04295    Bohannon v. Johnson & Johnson, et al Opposed 11/23/15

COLORADO

CO    1    15-02431    Gardner–Raymond v. Bayer Healthcare
Pharmaceuticals, Inc. et al  15cv4246 JRT

PENNSYLVANIA EASTERN

PAE    2    15-04514    RAMEY v. JOHNSON & JOHNSON et al
15cv4249 JRT

TEXAS NORTHERN

TXN    5    15-00210    Voyles v. Johnson & Johnson et al
15cv4250 JRT

TEXAS SOUTHERN

TXS          4          15-03117          Laskowski v. Bayer Healthcare Pharmaceuticals, Inc. et al   15cv4251 JRT